[No. 54738-1-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD LEE WHITEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01044-2, Richard J. Thorpe, J., entered June 16, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54810-7-I. Division One. October 24, 2005.]

OÜ KULLASADU INVEST, *Appellant*, v. MART KASK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-39401-7, James A. Doerty, J., entered July 26, 2004. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 54877-8-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH NOEL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01264-8, Michael F. Moynihan, J., entered August 4, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54966-9-I. Division One. October 24, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT T. WESTBROOK, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00817-9, James H. Allendoerfer, J., entered September 16, 2004. *Affirmed* by unpublished per curiam opinion.